UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERATION MARINE SERVICES, INC. AND ODYSSEA MARINE, INC.** | **CIVIL ACTION** |
| **PLAINTIFFS** | **NO.** |
| **VERSUS** | **SECTION** |
| **M/V LADY GLENDA, her engines, tackle appurtenances, etc.** *in rem,* **and IBERIA MARINE SERVICE, LLC,** *in personam* | **DIVISION** |
| **DEFENDANTS** | |

## VERIFIED COMPLAINT IN ADMIRALTY

**NOW INTO COURT**, through undersigned counsel, come Generation Marine Services, Inc. ("Generation Marine") and Odyssea Marine, Inc. ("Odyssea") (hereinafter collectively referred to as "plaintiffs"), and for their Verified Complaint against the M/V LADY GLENDA, *in rem,* and Iberia Marine Service, LLC ("IMS") *in personam,* respectfully aver upon information and belief as follows:

I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction pursuant to 28 U.S.C. §1333.

II.

Generation Marine is a Louisiana Corporation having its principal place of business in Patterson, La. At all times pertinent Generation Marine was the owner of the C/B GILBERT LAB.

1

III.

Odyssea is a Louisiana corporation with its principal place of business in Berwick, Louisiana. At all times pertinent Odyssea was the operator of the C/B GILBERT LAB.

IV.

*In personam* defendant, Iberia Marine Service, LLC ("IMS") is a Louisiana corporation domiciled at 3015 Gene Flash Road, New Iberia, Louisiana 70560. At all times pertinent, IMS was the owner and operator of the M/V LADY GLENDA.

V.

*In rem* defendant, the M/V LADY GLENDA, together with her engines, tackle, appurtenances, etc., Official No. 1067915, is an offshore supply vessel, which is now or will soon be within the District.

VI.

On or about April 2, 2012, while the C/B GILBERT LAB was moored at the Energy XXI dock in Fouchon, Louisiana, the M/V LADY GLENDA broke her starboard mooring line and struck the C/B GILBERT LAB on the starboard side.

VII.

As a result of this allision the C/B GILBERT LAB sustained physical damages. It is estimated that temporary and permanent repairs and related costs will approximate $72,807.29.

VIII.

As a result of this allision the C/B GILBERT LAB also sustained a loss of income while temporary repairs were performed. This loss of income claim is $10,533.38.

IX.

It is estimated that permanent repairs will take fourteen (14) days and the resulting lost income will be $44,800.00.

X.

The allision and resulting damages were occasioned due to the fault and negligence of IMS and the M/V LADY GLENDA, to be proven at trial.

XI.

Following the allision plaintiffs' made amicable demand upon IMS to no avail.  As a result of the above-described incident, plaintiffs have sustained damages in the amount of approximately $128,140.67, plus legal interest thereon from the date of judicial demand until paid.

XII.

A crewmember of the C/B GILBERT LAB claims that he was injured as a result of the aforementioned allision.  To date, $9,609.30 has been expended on medical payments and $6,138.09 has been expended on compensation payments.  Plaintiffs claim these sums, as well as future expenses plus legal interest thereon from the date of judicial demand until paid.

**WHEREFORE**, plaintiffs, Generation Marine Services, Inc. and Odyssea Marine, Inc., pray for the following:

(1) That process in due form of law be issued against Iberia Marine Service, LLC, *in personam,* citing it to appear and answer all and singular the matters aforesaid;

(2) That upon plaintiffs' request, process in due form be issued against the M/V LADY GLENDA, her engines, tackle, furniture, appurtenances, etc., *in rem,* and that all persons claiming any right, title or interest to said vessel be summoned to appear and

answer under oath the aforesaid matters, and that the vessel thereafter be condemned and sold to pay the demands of plaintiffs;

(3) That the Court, after due proceedings, enter Judgment in favor of plaintiffs, and against defendants, IMS and the M/V LADY GLENDA; and

(4) That plaintiffs be granted all other general and equitable relief as appropriate.

RESPECTFULLY SUBMITTED:

*/s/ Norman C. Sullivan, Jr.*
_____
NORMAN C. SULLIVAN, JR., T.A.  (12574)
W. JACOB GARDNER, JR. (30511)
**FOWLER RODRIGUEZ VALDES-FAULI**
400 Poydras St., 30th Floor
New Orleans, LA  70130
Telephone:  (504) 523-2600
Fax: (504) 523-2705
nsullivan@frvf-law.com; jgardner@frvf-law.com
*Attorneys for Generation Marine Services, Inc. and Odyssea Marine Services, Inc.*

*PLEASE SERVE:*

**Please withhold service *in rem* until further notice pursuant to Supplemental Admiralty Rule E(3)(b).**